

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sue Killgore Mobley, Appellant

No. 06-15-00058-CV         v.

James A. Mobley, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2011-1426-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the portion of the trial court's judgment awarding attorney fees as sanctions and render judgment that James take nothing on his claim for attorney fees. We affirm the trial court's partial summary judgment that Sue take nothing on her claims against James.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED OCTOBER 26, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk